1

2

3

4

5 # UNITED STATES DISTRICT COURT

6 ### EASTERN DISTRICT OF CALIFORNIA

7

8 WAYNE MAYS,                              )   Case No.: 1:13-cv-00904-SKO
                                          )
9            Plaintiff,                    )   **ORDER GRANTING APPLICATION TO**
                                          )   **PROCEED IN FORMA PAUPERIS**
10    v.                                   )
                                          )   (Doc. 3)
11 CAROLYN W. COLVIN,                      )
   Acting Commissioner of Social Security, )
12                                         )
                                          )
13           Defendant.                    )
                                          )
14 _____ )

15

16        Plaintiff Wayne Mays filed a complaint on June 14, 2013, along with an application to

17 proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates

18 entitlement to proceed without prepayment of fees.

19        Accordingly, IT IS HEREBY ORDERED that:

20        1.      Plaintiff's application to proceed *in forma pauperis* is GRANTED;

21        2.      The Clerk of Court is DIRECTED to issue a summons; and

22        3.      The United States Marshal is DIRECTED to serve a copy of the complaint,

23                summons, and this order upon the defendant as directed by the plaintiff.

24

25

26 IT IS SO ORDERED.

27 **Dated:    June 17, 2013**                      _____/s/ Sheila K. Oberto_____
                                              UNITED STATES MAGISTRATE JUDGE
28