# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE MAYS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 1:13-cv-00904-SKO

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Doc. 3)

　　　Plaintiff Wayne Mays filed a complaint on June 14, 2013, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1.　　　Plaintiff's application to proceed *in forma pauperis* is GRANTED;

　　　2.　　　The Clerk of Court is DIRECTED to issue a summons; and

　　　3.　　　The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:　　June 17, 2013　　　**　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE