# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE MAYS,<br><br>        Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:13-cv-00904-SKO<br><br>**ORDER LIFTING STAY OF PROCEEDINGS** |

On October 11, 2013, this action was stayed due to a lack of agency funding resulting from the federal government shutdown. (Doc. 11.)  On October 21, 2013, Defendant Commissioner of Social Security ("Defendant") filed a statement indicating that funding had been restored effective October 17, 2013, and requested that the stay of proceedings be lifted.

As it pertains to the parties' briefing schedule, Defendant indicates that she intends to serve the transcript on Plaintiff on or before November 4, 2013, with all other dates being extended accordingly.  Defendant's counsel represents that Plaintiff has no objection.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of proceedings in this action is LIFTED; and
2. On or before November 4, 2013, Defendant shall serve on Plaintiff the administrative transcript.

IT IS SO ORDERED.

Dated:  **October 24, 2013**          **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE