UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE MAYS, | ) CIVIL NO. 1:13-cv-00904-SKO |
| Plaintiff, | ) |
| v. | ) **STIPULATION FOR COMMISSIONER'S** |
| | ) **FIRST EXTENSION; ORDER THEREON** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| Defendant. | ) |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Defendant has 30 additional days to respond to Plaintiff's Motion for Summary Judgment.  Defendant's response is currently due March 10, 2014. Defendant requests this extension due to a large workload of 17 merits briefs due through the end of April as well as new duties related to the undersigned taking a lead position on privacy and disclosure matters. Upon issuance of this order, Defendant will have until April 9, 2014 to file her response, with the briefing schedule being extended accordingly.

    This is the Commissioner's first extension request.

Respectfully submitted,

Dated:  March 6, 2014						BENJAMIN B. WAGNER
								United States Attorney
								DONNA L. CALVERT
								Acting Regional Chief Counsel, Region IX
								Social Security Administration

						By:	/s/  *Patrick William Snyder*
								PATRICK WILLIAM SNYDER
								Special Assistant U.S. Attorney
								Attorneys for Defendant

Dated: March 6, 2014
							  /s/ Kelsey Brown
								KELSEY BROWN
								(as authorized via email)
								Attorney at Law
								Attorney for Plaintiff

## **ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to Plaintiff's opening brief on or before April 9, 2014; and

2. Plaintiff may file an optional reply brief on or before April 28, 2014.

IT IS SO ORDERED.

   Dated:   **March 11, 2014**			          **/s/ Sheila K. Oberto**
								UNITED STATES MAGISTRATE JUDGE